FILED
CLERKS OFFICE

2005 MAR 21 P 3:01

DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

MARIA ALVES, Plaintiff          DOCKET NO. 05CV10352 RCL

V.

PAUL F. WALSH, JR.,
DISTRICT ATTORNEY AND
THE CITY OF FALL RIVER,
    Defendants


ASSENTED TO MOTION TO ENLARGE TIME

Now comes defendant, Paul F. Walsh, Jr., District Attorney, and hereby moves this Court to enlarge the time for said defendant to file an answer or otherwise respond to the complaint to and including April 20, 2005, and in support thereof states that due to the pendency of other matters (having just prepared and filed brief in the matter of *Commonwealth v. Brian Donohoe*, Appeals Court No. 04-P-1090; oral argument scheduled for April 7, 2005 in *Commonwealth v. Dennis Cataloni*, Appeals Court No. 04-P-0416; brief due April 11, 2005 in *Commonwealth v. Theodore Long*, Appeals Court No. 04-P- 0959) additional time is necessary to properly defend this matter. Counsel for plaintiff has assented to this motion.

Assented to:

/s/ Brian Sullivan/wrc

Brian J. Sullivan, Esq.
10 Purchase St.
Fall River, Ma. 02720

Attorney for Plaintiff

Respectfully submitted,
Paul F. Walsh, Jr., District
Attorney, Defendant, by his
Attorney

William R. Connolly
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA.   02740
(508)-997-0711
BBO # 095640

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within Motion was mailed by First Class United States mail to counsel of record for the plaintiff:

> Brian J. Sullivan, Esq.
> 10 Purchase St.
> Fall River, Ma. 02720

William R. Connolly
Assistant District Attorney

Dated: March 18, 2005