COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 05 10352RCL

| | |
|---|---|
| MARIA ALVES, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| PAUL F. WALSH, JR., DISTRICT ATTORNEY And CITY OF FALL RIVER, | ) |
|     Defendants. | ) |

### STIPULATION TO EXTEND TIME TO ANSWER

NOW COME the plaintiff and the City of Fall River and stipulate that the City of Fall River may have up to and through April 20, 2005 to file and serve its Answer and Jury Claim.

Maria Alves
By her Counsel

/s/ Brian J. Sullivan /DSH
Brian J. Sullivan
10 Purchase Street
BBO #484990
Fall River, MA 02720
508-679-7998

Respectfully submitted,
CITY OF FALL RIVER
By its Attorney,

Daniel S. Hendrie
Assistant Corporation Counsel
BBO #230360A
Law Dept., One Government Center
Fall River, MA  02722
Tel: (508) 324-2650
Fax: (508) 324-2655

Date: March 21, 2005