UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Maria Alves_
Plaintiff

V.

_Paul F. Walsh Jr., District Attorney et al._
Defendant

CIVIL ACTION

NO. _05-10352_

## ORDER RETURNING PLEADINGS

_Lindsay_ D.J.

On _April 11th, 2005_ the Clerk received your _Interrogatories to Plaintiff_ for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( ) The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( ) The papers or documents do not conform to Local Rule 5.1(a) because:

  ( ) Board of Bar Overseers Registration Number has not been provided.
  ( ) 8 1/2" x 11" paper has not been used.
  ( ) A backer is attached.
  ( ) The documents are not properly bound.
  ( ) The text is not double-spaced.
  ( ) The discovery request or response text is not single-spaced.

( ) Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

(✓) Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( ) The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

( ) Other _____

_3/29/05_
DATE

_Reginald C. Lindsay_
UNITED STATES DISTRICT JUDGE
signed by: Deputy Clerk: Dan Stanhope

[o.]

(Retndocs.ord - 09/92)

## **INSTRUCTIONS FOR POST-CONVICTION PROCEEDINGS**

In accordance with all rules governing §2254 and §2255 cases the magistrate judge to whom this post-conviction proceeding is referred shall:

\_\_\_\_   Make a recommendation as to summary dismissal under Rule 4 of the Rules for §2254 and §2255 cases

\_\_\_\_   Appoint counsel if the interests of justice so require

\_\_\_\_   Order issuance of appropriate process, if necessary

\_\_\_\_   Hold a hearing to determine whether or not an evidentiary hearing must be held and make a recommendation to the district judge

\_\_\_\_   If the magistrate judge expects to recommend that an evidentiary hearing be held, the magistrate judge shall hold a pretrial conference for the purpose of narrowing the issue to be tried and submit a memo to the district judge setting forth:

(a) a concise summary of the ultimate facts claimed by
    (1) petitioner     (2) respondent     (3) other parties;

(b) the facts established by the pleadings or by stipulations of the parties which may be incorporated by reference;

(c) any jurisdictional questions;

(d) issues of law, including evidentiary questions;

(e) the probable length of the evidentiary hearing.

The magistrate judge may also require the parties to submit the names of witnesses whom they intend to produce, and to exhibit to one another, and submit a schedule of, exhibits which they expect to offer in evidence.

\_\_\_\_   As to any issue concerning which the magistrate judge does not intend to recommend an evidentiary hearing, the magistrate judge shall submit a memo which shall:

(a) identify the relevant portions of the record or transcript of prior proceedings;

(b) summarize the relevant facts;

(c) summarize the parties' contentions of law with appropriate citations;

(d) state the recommendations as to the disposition of such contentions of law, and the grounds therefore.

(Postconv.ins - 09/92)

(OrRef for pdf.wpd - 1/20/03)