UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MARIA ALVES
    Plaintiff,

v.                      CIVIL ACTION NO. 05CV10352 RCL

PAUL F. WALSH, JR.,
DISTRICT ATTORNEY AND
THE CITY OF FALL RIVER
    Defendants,

ASSENTED TO MOTION TO ENLARGE TIME

    Now comes the plaintiff, Maria Alves, and moves the Court to enlarge the time for the plaintiff to file an opposition to the defendant's motion to dismiss up to and including the filing of the opposition herewith.

                              Maria Alves
                              By her attorney,

                              Brian J. Sullivan, Esq.
                              10 Purchase Street, Fifth Floor
Assented to:                  Fall River, Massachusetts 02720
                              BBO#484990) (508) 679-7998

William R. Connolly
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, Massachusetts 02740

CERTIFICATE OF SERVICE
    I hereby certify that a true copy of the foregoing document was served upon the attorneys of record for the parties by mail on May 2, 2005.

                                            Brian J. Sullivan