# UNITED STATES DISTRICT COURT

District of _____

MARIA RIVES

v.

PAUL F. WALSH JR.,
DISTRICT ATTORNEY AND
THE CITY OF FALL RIVER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 10352 RCL**

TO: (Name and address of Defendant)

Paul F. Walsh Jr., District Attorney
888 Purchase St., New Bedford, MA 02740

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Sullivan, Esq.
6 Purchase St., Fifth Floor
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                        FEB 23 2005

CLERK                               DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Bristol District of Massachusetts

Case Number: 05 10352 RCL

Plaintiff:
**MARIA ALVES**

vs.

Defendant:
**PAUL F. WALSH, JR., DISTRICT ATTORNEY AND CITY OF FALL RIVER**

Received by Vandal's Constable Service on the 23rd day of February, 2005 at 1:49 pm to be served on **PAUL F. WALSH JR., DISTRICT ATTORNEY, 888 PURCHASE ST., NEW BEDFORD, MA 02740**.

I, Herve W. Vandal, Jr., do hereby affirm that on the **25th day of February, 2005 at 3:30 pm, I:**

Served the within named business by delivering a true copy of the **Summons and Civil Action Cover Sheet and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me to GARRETT R. FREGARANT as ASSISTANT DISTRICT ATTORNEY of the within named business in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am in good standing, in the judicial circuit in which the process was served.

Herve W. Vandal, Jr.
Constable

**Vandal's Constable Service**
**New Bedford Constable Service**
216 Rockland Street
New Bedford, MA 02740
(508) 991-2053
Our Job Serial Number: 2005000548

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f