AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Mark Barros

V.

Jeff F. Walsh Jr.,
District Attorney And
Fall River Police Department
The City of Fall River

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10352 RCL

TO: (Name and address of Defendant)

Thomas F. McGuire Jr.
Corporation Counsel, City of Fall River
One Government Center
Fall River, MA 02722

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric J. Sullivan Esq.
_____ St 5th Fl.
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  FEB 2 3 2005

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Bristol District of Massachusetts

Case Number: 05 10352 RCL

Plaintiff:
**MARIA ALVES**

vs.

Defendant:
**PAUL F. WALSH, JR., DISTRICT ATTORNEY AND CITY OF FALL RIVER**

Received by Vandal's Constable Service on the 23rd day of February, 2005 at 1:49 pm to be served on **THOMAS F. MCGUIRE JR., CORPORATION COUNSEL, CITY OF FALL RIVER, ONE GOVERMENT CENTER, FALL RIVER, MA 02722**.

I, Herve W. Vandal, Jr., do hereby affirm that on the **25th day of February, 2005** at **1:45 pm, I:**

Served the within named business by delivering a true copy of the **Summons and Civil Action Cover Sheet and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me to NANCY PAVAO as LEGAL ASSISTANT of the within named business in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am in good standing, in the judicial circuit in which the process was served.

Herve W. Vandal, Jr.
Constable

**Vandal's Constable Service**
**New Bedford Constable Service**
216 Rockland Street
New Bedford, MA 02740
(508) 991-2053
Our Job Serial Number: 2005000550

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f