UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

FILED
CLERKS OFFICE

2005 SEP -2  A 11: 43

| | |
|---|---|
| MARIA ALVES, Plaintiff ) | DOCKET NO. 05CV10352 RCL |
| ) | |
| V. ) | |
| ) | |
| PAUL F. WALSH, JR., ) | |
| DISTRICT ATTORNEY, AND ) | |
| THE CITY OF FALL RIVER, ) | |
| Defendants | |

## ASSENTED TO MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

Defendant, Paul F. Walsh, Jr., District Attorney, hereby respectfully moves this Court to continue the hearing on defendant's Motion to Dismiss from September 19, 2005 to October 17, 2005, or such other date as the Court deems appropriate, and in support thereof states that the undersigned counsel will be in Pennsylvania and West Virginia on September 19th as part of a previously scheduled commitment (and for which counsel has paid airfare). Other counsel assent to this request.

Assented to:

/s/ Brian J. Sullivan

Brian J. Sullivan, Esq.
10 Purchase St.
Fall River, Ma. 02720
Attorney for Plaintiff

/s/ Daniel Hendrie
Daniel Hendrie, Esq.
Assistant Corporation Counsel
One Government Center, Fall River, Ma. 02722

Paul F. Walsh, Jr., District Attorney,
Defendant, by his Attorney

/s/ William R. Connolly

William R. Connolly
Assistant District Attorney
Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA. 02740
(508)-997-0711
BBO # 095640

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within Motion was mailed by First Class United States mail to counsel of record:

Brian J. Sullivan, Esq.
10 Purchase St.
Fall River, Ma. 02720

Daniel Hendrie, Esq.
Assistant Corporation Counsel
One Government Center
Fall River, Ma. 02722

William R. Connolly
Assistant District Attorney

Dated: August 30, 2005