UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARIA ALVES**

**V.**                                        **CIVIL ACTION NO. 05-10352-RCL**

**JOHN F. WALSH, JR., ET AL**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of October 25, 2005 allowing the motion to dismiss of the defendants John F. Walsh, Jr. and The City of Fall River, Judgment is hereby entered as follows: Judgment for the defendants John F. Walsh, Jr. and The City of Fall River dismissing this action.

October 26, 2005                              /s/ Lisa M. Hourihan
                                              Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARIA ALVES**

**V.**                                             **CIVIL ACTION NO. 05-10352-RCL**

**JOHN F. WALSH, JR., ET AL**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of October 25, 2005 allowing the motion to dismiss of the defendants John F. Walsh, Jr. and The City of Fall River, Judgment is hereby entered as follows: Judgment for the defendants John F. Walsh, Jr. and The City of Fall River dismissing this action.

October 26, 2005                              /s/ Lisa M. Hourihan
                                              Deputy Clerk