UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARIA ALVES**

**V.**                                       **CIVIL ACTION NO. 05-10352-RCL**

**PAUL F. WALSH, JR., ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of October 25, 2005 allowing the motion to dismiss of the defendant Paul F. Walsh, Jr. and The City of Fall River, Judgment is hereby entered as follows: Judgment for the defendants Paul F. Walsh, Jr. and The City of Fall River dismissing this action.

October 31, 2005                                       /s/ Lisa M. Hourihan
                                                                                                 Deputy Clerk