UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



**MARIA ALVES**
    Plaintiff,

v.

**PAUL F. WALSH, JR.,
DISTRICT ATTORNEY AND
THE CITY OF FALL RIVER**
    Defendants,

## NOTICE OF APPEAL

Maria Alves hereby appeals the Order and Amended Judgment in favor of Paul F. Walsh, Jr. and the City of Fall River to the United States Court of Appeals for the First Circuit.

        Maria Alves
        By her attorney,

        Brian J. Sullivan
        10 Purchase Street, Fifth Floor
        Fall River, Massachusetts 02720
        (508) 674-3610  BBO# 484990

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorneys of record for the parties by mail on November 30, 2005.

        Brian J. Sullivan