UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MARIA ALVES
Plaintiff,

v.                                                DOCKET NO.: 05CV10352-RCL

PAUL F. WALSH, JR.,
DISTRICT ATTORNEY AND
THE CITY OF FALL RIVER
Defendants,

NOTICE OF CHANGE OF ADDRESS

Please note that the Office of Attorney Brian J. Sullivan, counsel for the plaintiff
in the above matter, has relocated to:

209 Bedford Street, Suite 402
Fall River, Massachusetts 02720

Please direct all further communications to the new address.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the
attorneys of record for the parties by mail on January 4, 2006.

Brian J. Sullivan